AO 442 (Rev. 01/09) Arrest Warrant

11221198

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Lonnie Leroy Coffman

*Defendant*

) Case: 1:21-MJ-00011
) Assigned to: Judge G. Michael Harvey
) Assigned Date: 1/7/2021
) Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lonnie Leroy Coffman,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 26 U.S.C. 5861(d) (possession of unregistered firearm - destructive device) and D.C. Criminal Code 22-4504(a) (carrying a pistol without a license).

Date: 01/07/2021

G. Michael Harvey
2021.01.07 14:13:38 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

### Return

This warrant was received on *(date)* 1/7/2021, and the person was ~~arrested~~ on *(date)* 1/7/2021
at *(city and state)* Washington DC.          Received

Date: 1/7/2021

*Arresting officer's signature*
Received

Christopher Schissler, USM
*Printed name and title*