M&P
9 SHIELD
M2.0
M&P



