We The People Are The Rightful Masters of Both The Congress And The Courts; Not To Overthrow The Constitution But To Overthrow The Men Who Pervert The Constitution.
   Abraham Lincoln

SGTreport.com = Good guys

Rep Carson D-Indiana (One of Two muslims in House of Reps)

Judge David Hamilton - Bad Guy

Pbedard (at) washingtonexaminer.com (Good guys)

NewsWithViews.TV.com / Dr Edwin Vieira Jr.

ACLJ - member Services 1-800-342-2255
Petition line / 1-877-989-2255
Jay Sekulow Live - 1-800-684-3110 / Line Open Mon-Fri - Noon til - 1:00 P.M. Est.

www.calltodecision.com ⟶ Gun Confication
Host Pastor Butch Paugh

Susanne Posel - Activist/Writer = <u>Good Girl</u>



Handwritten notes visible on back of Motel 6 directory:

- Ma 962-3384
- Conservative Talk Show Host
- 1-877-381-
- Mark Levin 1-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
- Shaun Hannity Fox TV 202-224-5922
- Senator Ted Cruz 512-916-5384
- 1-805-
- Lister Hill (rehit 8 256-383-9204
- 256-383-9204
- 28