**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | **Case No.: 21-mj-00011 (GMH)** |
| **v.** | **:** | |
| | **:** | |
| **LONNIE LEROY COFFMAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

<u>**UNITED STATES' UNOPPOSED MOTION TO SUBSTITUTE EXHIBIT**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion to substitute Exhibit E from Dkt No. 5, with the attached redacted Exhibit E.   The redacted Exhibit E includes redactions of some purported telephone numbers that are immaterial to the Court's resolution of the request for detention.   Defense counsel informed us that there is no objection to this request.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By: _____/MJF/_____

MICHAEL FRIEDMAN
Assistant United States Attorney
New York Bar No. 4297461
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6765
Michael.Friedman@usdoj.gov

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | **Case No.: 21-mj-00011 (GMH)** |
| **v.** | **:** | |
| | **:** | |
| **LONNIE LEROY COFFMAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**PROPOSED ORDER**

Having reviewed the United States unopposed motion to substitute Exhibit E from Dkt No.

5 with a redacted Exhibit E that removes certain phone numbers, it is hereby **ORDERED** that the

motion be, and hereby is, **GRANTED**.    The Clerk of Court shall substitute Exhibit E from Dkt.

No. 5 with the redacted Exhibit E attached to the United States' motion.

    **IT IS SO ORDERED**.

_____

Hon. G. Michael Harvey
United States Magistrate Judge

2