We The People Are The Rightful Masters of Both The Congress And The Courts; Not To Overthrow The Constitution But To Overthrow The Men Who Pervert The Constitution.
— Abraham Lincoln

SGTreport.com = Good guys

Rep Carson D-Indiana (One of Two muslims in House of Reps)

Judge David Hamilton — Bad Guy

Pbedard @ washingtonexaminer.com (Good guys)

NewsWithViews.TV.com / Dr Edwin Vieira Jr.

ACLJ — member Services 1-800-▮▮▮▮
Petition line / 1-877-▮▮▮▮
Jay Sekulow Live — 1-800-▮▮▮▮ Line
Open Mon-Fri — Noon til — 1:0▮ Est.

www.calltodecision.com → Gun Confication
Host Pastor Butch Paugh

Susanne Posel — Activist/Writer = Good Girl

